Jeffery A. Briggs, Esq.
Law Offices of Jeffery A. Briggs
California State Bar No. 211227
1755 East Plumb Lane, Suite 107
Reno, NV 89502
(775) 786-1555
(775) 786-5228 (fax)
Attorney for Plaintiff, C. JEFFERY EVANS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. JEFFERY EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>MARILYN YAWNICK, FRANCHISE REALTY CORP., and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:09-CV-00844-JAM-GGH<br><br>ORDER RE: VOLUNTARY DISMISSAL BY PLAINTIFF<br><br>F.R.C.P. 41(a)(1) |

Plaintiff C. JEFFERY EVANS hereby voluntarily dismisses this matter in so much as no Answer or Motion for Summary Judgment has been filed by any defendant and no appearance has been made on behalf of any defendant.

///

///

///

///

///

///

///

///

///

VOLUNTARY DISMISSAL                                                                                                          1

PDF created with pdfFactory trial version www.pdffactory.com

Therefore, this matter should be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated:     May    21, 2009         /s/  Jeffery A. Briggs
                                   Jeffery A. Briggs, Attorney for Plaintiff,
                                   C. JEFFERY EVANS

**ORDER**

IT IS SO ORDERED.

Dated:  May 21, 2009               /s/ John A. Mendez
                                   UNITED STATES DISTRICT JUDGE

VOLUNTARY DISMISSAL                                            2

PDF created with pdfFactory trial version www.pdffactory.com